Coxe, Appellant, *v.* Lehigh Valley Railroad Company.

Argued January 8, 1960. Before JONES, C. J., BELL, MUSMANNO, COHEN, BOK and EAGEN, JJ.

*Richard M. Hughes, II* and *R. Lawrence Coughlin,* with them *Coughlin and Hughes,* for appellants.

*Joseph F. Gallagher,* with him *John C. Phillips,* for appellee.

OPINION PER CURIAM, March 15, 1960:

The judgment for defendant entered on the verdict directed by the trial judge is affirmed on the opinion of President Judge APONICK for the court en banc, reported in 20 Pa. D. & C. 2d 111.

Mr. Justice BENJAMIN R. JONES took no part in the consideration or decision of this case.